UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

Leon Weingrad, Plaintiff

v.

My Compass Group Inc., Defendant

----------------------------------------------------------X

2:26-cv-01518-SJB-JMW

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:    Opposing Counsel

_____

_____

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and

the Certificate(s) of Good Standing annexed thereto, I Andrew Roman Perrong____ will move this

Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York for an order allowing the admission of movant, a

member of the firm of Perrong Law LLC_____ and a member in good standing of

the bar(s) of the State(s) of Pennsylvania, Oregon_____, as attorney *pro hac*

*vice* to argue or try this case in whole or in part as counsel for

Plaintiff Leon Weingrad_____. There are no pending disciplinary

proceedings against me in any state or federal court. (If there are any disciplinary proceedings,

describe them.)

Respectfully submitted,

Dated: 4/2/2026_____

_____
Signature of Movant
Firm Name Andrew Roman Perrong_____
Address 2657 Mount Carmel Avenue_____
Glenside, PA 19038_____
Email a@perronglaw.com_____
Phone 215-225-5529_____