UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------

Leon Weingrad

                        Plaintiff(s),

       v.

My Compass Group Inc.

                  Defendant(s).

---------------------------------------------------------

2:26-cv-01518-SJB-JMW

**AFFIDAVIT IN SUPPORT OF
MOTION TO ADMIT COUNSEL
*PRO HAC VICE***

I, <u>ANDREW ROMAN PERRONG</u>, being duly sworn, hereby depose and say as follows:

1. I am a(n) <u>Partner</u> with the law firm of <u>PERRONG LAW LLC</u>.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of <u>PENNSYLVANIA, OREGON</u>.
4. There are no pending disciplinary proceedings against me in any state or federal court <u>True</u>
5. I <u>Have not</u> been convicted of a felony. If you have, please describe facts and circumstances.

6. I <u>Have not</u> been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: <u>333687, 243320</u>
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case <u>2:26-01518-SJB-JMW</u> for <u>Plaintiff</u> <u>Leon Weingrad</u>.

Date <u>4/2/26</u>

Signature of Movant
Firm Name <u>PERRONG LAW LLC</u>
Address <u>2657 MOUNT CARMEL AVENUE</u>

<u>GLENSIDE, PA 19038</u>
Email <u>A@PERRONGLAW.COM</u>
Phone <u>215-225-5529</u>

**NOTARIZED**

Commonwealth of Pennsylvania - Notary Seal
VERA JARYI - Notary Public
Bucks County
My Commission Expires May 29, 2026
Commission Number 1326643