

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Andrew Roman Perrong, Esq.

DATE OF ADMISSION

*October 10, 2023*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: March 3, 2026**

Nicole Traini
Chief Clerk