# UNITED STATES DISTRICT COURT

for the
Eastern District of New York

| | | |
|---|---|---|
| **LEON WEINGRAD, individually and on behalf of all others similarly situated** | ) ) ) ) | |
| *Plaintiff* | ) ) | Civil Action No. 26-cv-01518-SJB-JMW |
| v. | ) ) ) | |
| **MY COMPASS GROUP INC.** | ) ) | |
| *Defendant* | | |

## AFFIDAVIT OF SERVICE

Justin Peeling, affirms and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of New York.That on April 10, 2026, at 1:10 pm at 80 Orville Dr, Ste 100, Bohemia, NY 11716-2505, Deponent served the within SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL, CIVIL COVER SHEET, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: MY COMPASS GROUP INC. (hereinafter referred to as "subject") by leaving the above documents with Taylor Vanderbeck who as Owner is authorized by appointment or by law to receive service of process for MY COMPASS GROUP INC..
My perception of the description of the individual served is as follows:
White Female, est. age 35-44, glasses: N, Blonde hair, 180 lbs to 200 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=40.7755134076,-73.1025032069
Photograph: See Exhibit 1


Total Cost: $105.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.


/s/ *Justin Peeling*
_____
Executed in
Signature
Suffolk County                              ,    Server Name: Justin Peeling
NY        on    4/10/2026            .

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 2103684-DCA

Below are my previous attempts at serving MY COMPASS GROUP INC.:

Date / Time: March 20, 2026 9:12 am
Address: 80 Orville Dr, Ste 100, Bohemia, NY 11716-2505
Geolocation: https://google.com/maps?q=40.7755513403,-73.1024260423
Description: I spoke with the receptionist/front desk staff. They refused to provide any information regarding the business. Security personnel prevented access to the business. No additional contacts were made. Had to call business and give them my phone number. They have to call me back to provide date and time to set up service.

Date / Time: April 1, 2026 12:32 pm
Address: 80 Orville Dr, Ste 100, Bohemia, NY 11716-2505
Geolocation: https://google.com/maps?q=40.7755616831,-73.1025039583
Description: I spoke with the receptionist/front desk staff. They stated that they are not authorized to accept service on behalf of the business. Observed no relevant details during this attempt. Security personnel prevented access to the business. No additional contacts were made. Left my contact info for her to contact me. Front desk cannot accept service

Exhibit 1a)

