**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

LEON WEINGRAD,

                 Plaintiff,                           **CLERK'S CERTIFICATE**
                                                    **OF DEFAULT**
       - against -                                 CV 26-1518 (SJB) (JMW)

MY COMPASS GROUP INC.

                 Defendants.
-----------------------------------------------------------X

     I, Brenna B. Mahoney, Clerk of Court for the United States District Court for the Eastern District of New York, do hereby certify that defendant, **MY COMPASS GROUP INC.**, by Court Order of the Honorable James M. Wicks dated May 18, 2026, has failed to appear and defend the case, is deemed to have defaulted and the Clerk's office is directed to enter default on the defendant.

     The default of defendant, **MY COMPASS GROUP INC.,** is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: May 26, 2026
       Central Islip, New York

                                         BRENNA B. MAHONEY
                                         CLERK OF THE COURT

                       BY:     /s/ JAZMIN M. CUBANO
                                   DEPUTY CLERK