UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LEON WEINGRAD, individually and on behalf
of all others similarly situated,

Civil Action No. 2:26-cv-1518

Plaintiff,

v.

**NOTICE OF APPEARANCE**

MY COMPASS GROUP INC.,

Defendant.

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that Benjamin D. Bianco of Meister Seelig & Schuster PLLC,
with offices located at 125 Park Avenue, 7th Floor, New York, New York 10017, hereby appears
on behalf of Defendant, MY COMPASS GROUP INC. All notices given or required to be given
in this case and all papers filed in this case shall be served upon the undersigned. I certify that I
am admitted to practice in this Court.

Dated: New York, New York
        May 28, 2026                          **MEISTER SEELIG & SCHUSTER PLLC**

                                              By: */s/ Benjamin D. Bianco*
                                                    Benjamin D. Bianco, Esq.
                                              125 Park Avenue, 7th Floor
                                              New York, New York 10017
                                              Tel: (212) 655-3500
                                              Email: bdb@mss-pllc.com

                                              *Attorneys for Defendant*