**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

LEON WEINGRAD, individually and on behalf of all others similarly situated,

                Plaintiff,

   v.

MY COMPASS GROUP INC.

                Defendant.

Case No. 2:26-cv-1518

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, requiring nongovernmental corporate parties to (A) identify any parent corporation and any publicly held corporation owning 10% or more of its stock, or (B) state that there is no such corporation; defendant **MY COMPASS GROUP INC.** states that it there is no such corporation.

Dated: New York, New York
       May 28, 2026

                      **MEISTER SEELIG & SCHUSTER PLLC**

                      By: */s/ Benjamin D. Bianco*
                          Benjamin D. Bianco
                      125 Park Avenue, 7th Floor
                      New York, NY 10017
                      Email: bdb@mss-pllc.com
                      Tel: (212) 655-3500

                      *Attorneys for Defendant*