UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LEON WEINGRAD, individually and on behalf
of all others similarly situated,

                            Plaintiff,

      v.

 MY COMPASS GROUP INC.,

                           Defendant.

Civil Action No. 2:26-cv-1518

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that Gaddi Goren of Meister Seelig & Schuster PLLC, with offices located at 125 Park Avenue, 7th Floor, New York, New York 10017, hereby appears on behalf of Defendant, MY COMPASS GROUP INC. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned. I certify that I am admitted to practice in this Court.

Dated: New York, New York
     May 28, 2026

                        **MEISTER SEELIG & SCHUSTER PLLC**

                        By:  */s/ Gaddi Goren*
                           Gaddi Goren, Esq.
                        125 Park Avenue, 7th Floor
                        New York, New York 10017
                        Tel: (212) 655-3500
                        Email: gg@mss-pllc.com

                        *Attorneys for Defendant*