**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated, | Case No. 2:26-cv-1518 |
| *Plaintiff,* | **CLASS ACTION** |
| *v.* | **JURY TRIAL DEMANDED** |
| **MY COMPASS GROUP INC.** | |
| *Defendant.* | |

**MOTION TO SUPPLEMENT PURSUANT TO RULE 11(a)**

On June 2, 2023, counsel for Defendant informed counsel for Plaintiff that the Plaintiff's Complaint (ECF 1) was inadvertently unsigned. Pursuant to Rule 11(a), Plaintiff seeks to promptly correct this omission after it was brought to Plaintiff's attention by attaching a signed version of the Complaint herein as Exhibit A.

WHEREFORE, Plaintiff prays that the Court permit the signed Complaint to serve as the operative complaint in this Action, *nunc pro tunc*.

RESPECTFULLY SUBMITTED AND DATED this June 2, 2026.

/s/ *Andrew Roman Perrong*
Andrew Roman Perrong,
Bar No. 333687 (*PHV*)
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class

1

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: June 2, 2026

/s/ Andrew Roman Perrong
Andrew Roman Perrong,
Bar No. 333687 (*PHV*)
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class

2