

Benjamin D. Bianco
*Partner*
Direct (203) 921-2698
*bdb@mss-pllc.com*

June 10, 2026

**VIA ELECTRONIC CASE FILING (ECF)**

Hon. Sanket J. Bulsara, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 930
Central Islip, New York 11722

**Re:  <u>Weingrad v. My Compass Group Inc.</u>** (2:26-cv-01518-SJB-JMW)

Dear Judge Bulsara:

We represent defendant, My Compass Group Inc. ("Compass"), and respectfully submit this letter-motion for an extension of time on behalf of Compass, pursuant to the Court's Individual Practice Rule VI.H.

Compass has been ordered by the Court to file an "answer or otherwise respond to the complaint by June 12, 2026."  The parties, however, are currently in discussions to potentially resolve this matter, thus Compass hereby respectfully requests an extension of time to file a responsive pleading to, and including, June 19, 2026.

Opposing counsel consents to the herein Request, and authorized the filing of this Letter.

Respectfully submitted,


MEISTER SEELIG & SCHUSTER PLLC


By:  */s/ Benjamin D. Bianco*
        Benjamin D. Bianco