

**2657 Mount Carmel Avenue**
**Glenside, PA 19038**

a@perronglaw.com                                      Tel. (215) 225-5529 (CALL-LAW)
www.perronglaw.com                                              Fax (888) 329-0305


July 21, 2026

*VIA ECF*

The Honorable James M. Wicks
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

Re:    Notice of Resolution,
*Weingrad v. My Compass Group Inc.*, No. 2:26-cv-01518

Dear Judge Wicks:

On behalf of Leon Weingrad ("Plaintiff") and My Compass Group Inc. ("Defendant"), the Parties jointly write to advise the Court that the Parties have reached an agreement in principle to resolve and dismiss this matter.

The Parties are in the process of finalizing this resolution and anticipate filing a stipulation of dismissal within 30–45 days. Accordingly, the Parties respectfully request that the Court grant additional time for the finalization and dismissal of this action and stay all deadlines, including the currently pending case deadlines, in anticipation of the same.

Defendant My Compass Group Inc. has reviewed this correspondence and joins in this request.


Respectfully,

Andrew R. Perrong, Esq.