**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>**MY COMPASS GROUP INC.**<br><br>*Defendant.* | Case No. 2:26-cv-1518<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and Defendant, hereby stipulate to dismiss the Plaintiff's individual claims with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this August 22, 2026.

s/ Andrew Roman Perrong
Andrew Roman Perrong
a@perronglaw.com
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Telephone: 215-225-5529
Lead attorney for Plaintiff and the Proposed Class

MEISTER SEELIG & SCHUSTER PLLC

By: */s/ Benjamin D. Bianco*
Benjamin D. Bianco
Gaddi Goren
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
*bdb@mss-pllc.com*
*gg@mss-pllc.com*

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2026, I filed the foregoing document using the courts CM/ECF system, which will automatically send notification of filing to all counsel of record.

By: *<u>/s/ Andrew Roman Perrong</u>*_____
Andrew Roman Perrong